■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISAIAH MATTHEWS, Appellant. [932 NYS2d 336]—

At the time he filed his application, defendant was eligible for consideration for resentencing even though he had been released from custody on his drug convictions but reincarcerated for parole violations (see People v Paulin, 17 NY3d 238 [2011]). That he was released on parole again while this appeal was pending did not bar defendant from obtaining resentencing (see People v Santiago, 17 NY3d 246 [2011]). Concur—Mazzarelli, J.P., Catterson, DeGrasse, Abdus-Salaam and Román, JJ.